**Order entered February 13, 2015**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00535-CR

**MICHAEL ELIZONDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F09-57791-J**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 12, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 13, 2015 order requiring findings.

We **GRANT** appellant's February 12, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE